**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 3 2006

GREGORY C. LANGHAM
CLERK

October 13, 2006

Honorable David M. Ebel, Circuit Judge
Honorable William J. Holloway, Circuit Judge
Honorable Carlof F. Lucero, Circuit Judge

    Re:    03-1341, United States v. Dowell
           Dist/Ag docket: 01-CR-395-M

Dear Judges:

    We have received notice that the petition for writ of certiorari filed in this case was denied on October 2, 2006.

    Please contact this office if you have questions.

                               Sincerely,

                               Elisabeth A. Shumaker
                               Clerk, Court of Appeals

                               By: Deputy Clerk

clk:jmm

cc:
    Honorable Richard P. Matsch, Sr. District Judge
    Gregory C. Langham, Clerk